# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:09cv242

| | |
|---|---|
| **THYSSENKRUPP MATERIALS NA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **TRUCK EQUIPMENT MANUFACTURING** ) | |
| **COMPANY OF CHARLOTTE, INC.,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motions for admission of attorneys John Marshall Ketcham and Jonathan Phillip Emenhiser as counsel *pro hac vice*. [Docs. 4 & 5].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions [Docs. 4 & 5] are **ALLOWED**, and John Marshall Ketcham and Jonathan Phillip Emenhiser are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 17, 2009

Martin Reidinger
United States District Judge